# Exhibit A

(Cabell County Circuit Court Docket Sheet)

```
    CASE NO. 12-C-382                                    OPENED  6/13/2012

    JUDGE...       JUDGE DAVID M. PANCAKE

    PLAINTIFF.   JOLINDA HOWARD
 VS DEFENDANT.   TARGET CORPORATION C/O MICHAEL J. WAHLIG

    PRO ATTY..   J. CYRUS
    DEF ATTY..


    PAGE#     DATE MEMORANDUM..............

    00001  6/13/12 CIS, Complaint, 30day smmns to Target Co. srvc by sos, ret
    00002  6/13/12  to atty for srvc                                       kl
    00003 10/10/12 ROS by SOS obo Target Corp 10-4-12                      ke
    00004 10/16/12 EROS signed Walter Abrask obo Target Corp. c/o Michael
    00005 10/16/12  Wahlig 10/10/12                                        sr
```