IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOLINDA HOWARD,

        Plaintiff,

v.                                                  CIVIL ACTION NO.  3:12-7312

TARGET CORPORATION,
a foreign corporation,

        Defendant.

## ORDER

Pending is Plaintiff's Motion to Remand (ECF No. 6).  Pursuant to the Stipulation filed by the parties on December 20, 2012, the Court **GRANTS** the motion and remands this case to the Circuit Court of Cabell County.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                      ENTER:        December 27, 2012

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE